**Electronically Filed
Supreme Court
SCPW-14-0000620
11-APR-2014
10:09 AM**

SCPW-14-0000620

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN THE MATTER OF FRANCES ANNE WRIGHT,
Petitioner.

ORIGINAL PROCEEDING

ORDER DENYING PETITION
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Wilson, assigned by reason of vacancy)

Upon consideration of petitioner Frances Anne Wright's letter to the court, which she describes as a petition, and which the appellate clerks' office filed as a petition on March 25, 2014, it appears that the requested relief is not available from this court. See HRS § 386-88 (Supp. 2013). Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of mandamus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the petition is denied.

DATED: Honolulu, Hawai'i, April 11, 2014.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

